**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Thomas Allen,                                                                    Civil No. 06-1163  JNE/AJB

                              Petitioner,

v.
                                                                                              **ORDER**

R.L. Morrison,

                              Respondent.

        Based upon the Report and Recommendation by United States Magistrate Judge

Arthur J. Boylan dated May 16, 2006, with all the files and records, and no objections having been

filed to said Recommendation, **IT IS HEREBY ORDERED** that Thomas Allen's Petition for Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**.  [Docket No. 1].  The Bureau of Prisons

shall timely conduct an individualized review of petitioner's CCC eligibility.  The BOP is not required to

conduct immediate eligibility review but rather shall conduct its review 11 to 13 months before the

inmate's projected release date, pursuant to policy set forth in Program Statement 7310.04, page 7,

Community Corrections Center (CCC) Utilization and Transfer Procedures.


Dated: June 1, 2006


                                                        s/ Joan N. Ericksen
                                                         Joan N. Ericksen
                                                         United States District Court Judge